# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTION TECHNOLOGIES, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH RIBLER,<br><br>Defendant. | 3:17-cv-00144-LRH-WGC<br><br>**STIPULATED INJUNCTION**<br><br>**AND ORDER THEREON** |

It is stipulated by and between Plaintiff Protection Technologies, Inc. ("Protech"), and Defendant Kenneth Ribler ("Mr. Ribler") that, in settlement of this action and to replace the Temporary Restraining Order obtained by Protech without prior formal notice to Mr. Ribler,[1] and without any admission of wrongdoing or liability to Protech whatsoever, a Stipulated Injunction be entered as follows:

Mr. Ribler, whether acting directly or indirectly, whether as a principal, consultant, employee, owner, shareholder, director, officer, partner, advisor, agent, financier, independent contractor or otherwise, and any persons in active concert or participation with him, **ARE ENJOINED** from the following:

1. <u>Destruction of Protech Confidential Information</u>. Mr. Ribler is enjoined from retaining any confidential Protech customer information, confidential Protech pricing information, and

---

[1] Counsel for Protech emailed the Complaint and Application for the Temporary Restraining Order to Mr. Ribler on the evening prior to the entry of the Temporary Restraining Order.

confidential Protech product information (collectively, the Protech Confidential Information") in his possession after the cessation of his employment with Protech. Mr. Ribler will destroy any such Protech Confidential Information in his possession within five (5) days of the date the Court enters its Order on the Stipulated Injunction.

2. <u>No Use of Protech Confidential Information</u>. Mr. Ribler is enjoined from using or disclosing to third parties any Protech Confidential Information.

3. <u>Duration of Stipulated Injunction</u>. The Stipulated Injunction will remain in full force and effect through March 15, 2018, when it will expire on its own terms.

4. <u>Continuing Jurisdiction of the Court</u>. During the pendency of the Stipulated Injunction, the Court shall retain jurisdiction to enforce its terms.

DATED: March 17, 2017

Protection Technologies, Inc.

By: _____
Larry Thomas

Its: Chief Operations Officer

DATED: March 14, 2017

_____
Kenneth Ribler

## ORDER

IT IS SO ORDERED.

DATED this 20th day of March, 2017.

By: _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE